**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____ (State)

Case number (if known): _____ Chapter _____

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Special Effects Unlimited, Inc |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 9 5 _ 3 2 9 4 2 6 6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8942 Lankershim Blvd.<br>Number    Street | <br>Number    Street |
| | P.O. Box |
| Sun Valley    CA    91352<br>City    State    ZIP Code | Sun Valley<br>City    State    ZIP Code |
| Los Angeles County<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |

5. **Debtor's website (URL)**    specialeffectsunlimited.com

Debtor   Special Effects Unlimited, Incc.                                    Case number *(if known)*_____
         _____
         Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                                          MM / DD / YYYY

       District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor    Special Effects Unlimited, Incc.                                          Case number *(if known)*_____
          _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____    Relationship _____

District _____    When _____ / _____ / _____
                                           MM   /  DD  / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

| Debtor | Special Effects Unlimited, Incc. | Case number (if known) |
| --- | --- | --- |
| | Name | |

| 15. Estimated assets | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| --- | --- |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/05/2025
          MM / DD / YYYY

X _Pam Elliott_ _____        Pamela Kay Elliott
Signature of authorized representative of debtor        Printed name

Title   President

| 18. Signature of attorney | X /s/ Marc Aaron Goldbach | Date | 01/05/2025 |
| --- | --- | --- | --- |
| | Signature of attorney for debtor | | MM / DD / YYYY |

Marc Aaron Goldbach.
Printed name
Goldbach Law Group
Firm name
111 W. Ocean Blvd., Suite 400
Number      Street
Long Beach                                      CA    90802
City                                            State    ZIP Code
562-696-0582                        marc.goldbach@goldbachlaw.com
Contact phone                        Email address

139318                                    CA
Bar number                                State

**Fill in this information to identify the case:**

Debtor name ___Special Effects Unlimited, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | California Dept of Tax and Fee Administration 455 Market Street Suite 620 San Francisco, CA, 94105 | Nicholas Maduros 1-650-502-1629 | Sales Tax | Disputed | | | 212,725.97 |
| 2 | Corporate Turnaround 95 State RTE 17 Paramus, NJ, 07652 | | Monies Loaned / Advanced | Disputed | | | 169,303.00 |
| 3 | American Express 730 Peachtree Street N Suite 1100 Atlanta, GA, 30308 | Brianna Elmassian 1-818-240-1411 ZACA@ZWICKERPC.COM | Credit Card Debt | Disputed | | | 154,847.17 |
| 4 | US Small Business Administration PO Box 3918 Portland, OR, 97208 | | Monies Loaned / Advanced | Disputed | | | 150,000.00 |
| 5 | Yegnukian Real Estate 3800 Malcolm X Blvd Suite 6F New York, NY, 10027 | Koko Yegnukain 1-718-398-0800 | Landlord | Disputed | | | 56,000.00 |
| 6 | Arctic Glacier 1654 Mathaler Lane Saint Paul, MN, 55116 | | Suppliers or Vendors | Disputed | | | 8,000.00 |
| 7 | FedEx Freight PO Box 21415 Pasadena, CA, 91185 | | Suppliers or Vendors | | | | 5,000.00 |
| 8 | Federal Express PO Box 7221 Pasadena, CA, 91109 | | Monies Loaned / Advanced | | | | 5,000.00 |

Debtor  Special Effects Unlimited, Inc.                                    Case number (if known)_____
        _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Norman Fox PO Box 60049 Los Angeles, CA, 90060 | | Suppliers or Vendors | Disputed | | | 3,300.00 |
| 10 | Brenntag Pacific 10747 Patterson Place Santa Fe Springs, CA, 90760 | | Suppliers or Vendors | | | | 3,200.00 |
| 11 | Ultratech FX 148 Moon Drive Owens Cross Roads, AL, 35763 | | Suppliers or Vendors | Disputed | | | 2,600.00 |
| 12 | International Cellulose 12315 Robin Blvd Houston, TX, 77045 | | Suppliers or Vendors | | | | 2,408.00 |
| 13 | Decorators Express 2055 Randolph Street Huntington Park, CA, 90255 | | Suppliers or Vendors | Disputed | | | 1,540.00 |
| 14 | City of Los Angeles Fire Dept CUPA PO Box 102661 Pasadena, CA, 91189-2661 | | Services | Disputed | | | 0.00 |
| 15 | Questar Solutions PO Box 7410185 Chicago, IL, 60674-0185 | | Suppliers or Vendors | Disputed | | | 0.00 |
| 16 | Free and Cleared Graphics 1554 Mount Bethel Road Mcdonough, GA, 30252 | | Suppliers or Vendors | Disputed | | | 0.00 |
| 17 | Blair Adhesives 11034 Lockport Place Santa Fe Springs, CA, 90670 | | Suppliers or Vendors | Disputed | | | 0.00 |
| 18 | Green Set Inc 11617 Dehougne Street North Hollywood, CA, 91605 | | Suppliers or Vendors | Disputed | | | 0.00 |
| 19 | Linde Gas Dept LA 21511 West Hills, CA, 91307 | | Suppliers or Vendors | Disputed | | | 0.00 |
| 20 | Ally Servicing LLC PO Box 380901 Minneapolis, MN, 55438 | | Monies Loaned / Advanced | Disputed | | | 0.00 |

**United States Bankruptcy Court**

IN RE:                                              Case No._____

Special Effects Unlimited, Inc.
_____ Chapter __11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Pamela Kay Elliott<br>10326 Johanna Avenue, Sunland, CA 91040 | 100 | Common stockholder |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    Ch 7 BK, Case No. 2:24-bk-14696-BB, Filed June 14, 2024 by President Pamela Kay Elliott, Judge Sheri Bluebond, Discharged 9/17/2024

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Sun Valley_____, California

Date: _01/05/2025_____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                          Page 1                          F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc Aaron Goldbach (SBN 139318) Goldbach Law Group 111 W. Ocean Blvd., Suite 400 Long Beach, CA 90802 562-696-0582 888-771-5425 marc.goldbach@goldbachlaw.com | |
| ☒ *Attorney for:* Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION ☒

| In re:<br><br>Special Effects Unlimited, Inc.<br><br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11                    ☒ |
|---|---|
| <br><br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Pamela Kay Elliott_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____

   _____

   _____

   [For additional names, attach an addendum to this form.]

   b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 01/05/2025

By: _____
Signature of Debtor, or attorney for Debtor

Name: Pamela Kay Elliott
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 1007-4.CORP.OWNERSHIP.STMT

SPECIAL EFFECTS UNLIMITED, INC.

Resolution to File Chapter 11 Reorganization

WHEREAS, the Corporation is insolvent and unable to pay its debts when due, and
WHEREAS, the Corporation and its creditors would best be served by reorganization of the
Corporation under Chapter 11 of the Bankruptcy Code, be it:

RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to
Chapter 11 of the Bankruptcy Code.

The undersigned hereby certifies that he is the duly elected and qualified President and the
custodian of the books and records and seal of SPECIAL EFFECTS UNLIMITED, INC., a
corporation duly formed pursuant to the laws of the state of CALIFORNIA and that the
foregoing is a true record of a resolution duly adopted at a meeting of the DIRECTORS and
that said meeting was held in accordance with state law and the Bylaws of the above-
named Corporation on DECEMBER 1, 2024, and that said resolution is now in full force and
effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as President and have hereunto affixed
the corporate seal of the above-named Corporation this 1st Day of December, 2024.

Pamela Kay Elliott,
President

**Fill in this information to identify the case:**

Debtor name _____Special Effects Unlimited, Inc._____

United States Bankruptcy Court for the:___Central District of California_____
                                                                              **(State)**

Case number (If known):   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................................. $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ ____2,526,998.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................. $ ____2,526,998.00

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................. $ _____0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F,*.............................................. $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................................. +$ ____773,924.14

4. **Total liabilities**.........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                              $ ____773,924.14

**Fill in this information to identify the case:**

Debtor name     Special Effects Unlimited, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (If known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | $ 0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America Checking | Checking | 7 0 6 1 | $ 8,000.00 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. _____ | | $_____ |
| 4.2. _____ | | $_____ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 8,000.00

## Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Commercial Lease Security Deposit, Yegnukian Real Estate | $ 19,400.00 |
| 7.2. _____ | $_____ |

Debtor      Special Effects Unlimited, Inc.                                Case number *(if known)*_____
            Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                   $ 19,400.00

---

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 2,333.00 <br> face amount | – 0.00 <br> doubtful or uncollectible accounts | = ........➔  $ 2,333.00 |
| 11b. Over 90 days old: | 0.00 <br> face amount | – 0.00 <br> doubtful or uncollectible accounts | = ........➔  $ 0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.             $ 2,333.00

---

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1._____ | _____ | $_____ |
| 14.2._____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                 $_____

---

Debtor    Special Effects Unlimited, Inc.                                    Case number (if known)_____
          Name

---

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    Special Effects Unlimited, Inc.                                    Case number (if known)_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                          $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desks, Chairs | $ 1,000.00 | Used Office Furniture | $ 1,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>computers, printers, copy machine | $ 1,000.00 | Used Office Equipme | $ 1,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                          $ 2,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor    Special Effects Unlimited, Inc.                    Case number (if known)_____
         Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2015 Ford F350 Truck | $ 30,000.00 | Auto Trader | $ 30,000.00 |
| 47.2  Ford F350 Truck | $ 30,000.00 | Auto Trader | $ 30,000.00 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Rental Equipment, fans, foggers, hazers, turntables, etc. | $ 140,000.00 | Self-Appraisal | $ 140,000.00 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                    $ 200,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor   Special Effects Unlimited, Inc.                                    Case number (if known)_____
         Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Commercial lease for 8942 Lankershim Blvd., Sun Valley, CA 91352 | Lessee | $_____ | _____ | Unknown $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**                                                               $ 0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>Business Goodwill | $_____ | Gross Profit Times Number o... | $ 2,295,265.00 |

66. **Total of Part 10.**                                                              $ 2,295,265.00
    Add lines 60 through 65. Copy the total to line 89.

---

Debtor    Special Effects Unlimited, Inc.                                    Case number (if known)_____
          Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☐ No

☑ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 11:  All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____        _____ – _____ = → $_____

                                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____                    Tax year _____   $_____

_____                    Tax year _____   $_____

_____                    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                         $_____

Nature of claim        _____

Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                         $_____

Nature of claim        _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____                                         $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                                         $_____

_____                                         $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

☐ No

☐ Yes

Debtor   Special Effects Unlimited, Inc.    Case number (if known)_____
         Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 8,000.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 19,400.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 2,333.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 2,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 200,000.00 | |
| 88. Real property. *Copy line 56, Part 9.* .............➔ | | $ 0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 2,295,265.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | ✚ $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 2,526,998.00 | ✚ 91b. $ 0.00 |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.**  2,526,998.00  .................................  $ 2,526,998.00

**Fill in this information to identify the case:**

Debtor name ___Special Effects Unlimited, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Creditor's name** | **Describe debtor's property that is subject to a lien** | $_____ | $_____ |
| **Creditor's mailing address** | | | |
| | **Describe the lien** | | |
| **Creditor's email address, if known** | _____ | | |
| | **Is the creditor an insider or related party?** | | |
| **Date debt was incurred** _____ | ☐ No | | |
| **Last 4 digits of account number** _____ | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Do multiple creditors have an interest in the same property?** | ☐ No | | |
| ☐ No | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| ☐ Yes. Specify each creditor, including this creditor, | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2 Creditor's name** | **Describe debtor's property that is subject to a lien** | $_____ | $_____ |
| **Creditor's mailing address** | | | |
| **Creditor's email address, if known** | **Describe the lien** | | |
| | _____ | | |
| **Date debt was incurred** _____ | **Is the creditor an insider or related party?** | | |
| **Last 4 digits of account number** _____ | ☐ No<br>☐ Yes | | |
| **Do multiple creditors have an interest in the same property?** | **Is anyone else liable on this claim?** | | |
| ☐ No | ☐ No | | |
| ☐ Yes. Have you already specified the relative priority? | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| ☐ Yes. The relative priority of creditors is specified on lines ____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Special Effects Unlimited, Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____   $ _____
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_)

Debtor    Special Effects Unlimited, Inc.
_____    Case number (if known)_____
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Ally Servicing LLC<br>PO Box 380901<br>Minneapolis, MN 55438 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Monies Loaned / Advanced | $ Unknown |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>American Express<br>730 Peachtree Street N<br>Suite 1100<br>Atlanta, GA 30308 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Credit Card Debt | $ 154,847.17 |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Arctic Glacier<br>1654 Mathaler Lane<br>Saint Paul, MN 55116 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Suppliers or Vendors | $ 8,000.00 |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Benuck and Rainey Inc<br>25 Concord Road<br>Lee, NH 03861 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Collection Agency | $ Unknown |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Blair Adhesives<br>11034 Lockport Place<br>Santa Fe Springs, CA 90670 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Suppliers or Vendors | $ Unknown |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Brenntag Pacific<br>10747 Patterson Place<br>Santa Fe Springs, CA 90760 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Suppliers or Vendors | $ 3,200.00 |
|  | Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

Debtor  Special Effects Unlimited, Inc.
Name

Case number (if known)_____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address

California Dept of Tax and Fee Administration
455 Market Street
Suite 620
San Francisco, CA 94105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Sales Tax

$ 212,725.97

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred     12/02/2024
Last 4 digits of account number     6962

**3.8** Nonpriority creditor's name and mailing address

CFG Merchant Solution
180 Maiden Lane
New York, NJ 10004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Monies Loaned / Advanced

$ Unknown

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.9** Nonpriority creditor's name and mailing address

City of Culver City
8839 N Cedar Ave
Fresno, CA 93720

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

$ Undetermined

Date or dates debt was incurred
Last 4 digits of account number     8450

Is the claim subject to offset?
☑ No
☐ Yes

**3.10** Nonpriority creditor's name and mailing address

City of Los Angeles Fire Dept CUPA
PO Box 102661
Pasadena, CA 91189-2661

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

$ Unknown

Date or dates debt was incurred
Last 4 digits of account number     1491

Is the claim subject to offset?
☑ No
☐ Yes

**3.11** Nonpriority creditor's name and mailing address

Cloudfund
187 Wolf Road
Suite 101
Brooklyn, NY 11205

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Monies Loaned / Advanced

$ Unknown

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Special Effects Unlimited, Inc.
Name

Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**12    **Nonpriority creditor's name and mailing address**

Corporate Turnaround
95 State RTE 17
Paramus, NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 169,303.00

---

**3.**13    **Nonpriority creditor's name and mailing address**

Decorators Express
2055 Randolph Street
Huntington Park, CA 90255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,540.00

---

**3.**14    **Nonpriority creditor's name and mailing address**

Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.**15    **Nonpriority creditor's name and mailing address**

Everest Business Funding
8200 NW 52nd Terrace
Miami, FL 33186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.**16    **Nonpriority creditor's name and mailing address**

Federal Express
PO Box 7221
Pasadena, CA 91109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,000.00

---

Debtor  Special Effects Unlimited, Inc.  Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.17** | Nonpriority creditor's name and mailing address

FedEx Freight
PO Box 21415
Pasadena, CA 91185

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 5,000.00**

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.18** | Nonpriority creditor's name and mailing address

Forward Financing
53 State Street
20th Floor
Boston, MA 02109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$ Unknown**

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.19** | Nonpriority creditor's name and mailing address

Free and Cleared Graphics
1554 Mount Bethel Road
Mcdonough, GA 30252

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$ Unknown**

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.20** | Nonpriority creditor's name and mailing address

Green Set Inc
11617 Dehougne Street
North Hollywood, CA 91605

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$ Unknown**

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.21** | Nonpriority creditor's name and mailing address

Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$ Unknown**

Basis for the claim: Income Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Special Effects Unlimited, Inc.
          _____
          Name                                                    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3. 22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 2,408.00 |

**International Cellulose**
12315 Robin Blvd
Houston, TX 77045

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

| 3. 23 | Nonpriority creditor's name and mailing address | | $ Unknown |

**Kalamata Capital**
80 Broad Street
Suite 1201
New York, NY 10004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

| 3. 24 | Nonpriority creditor's name and mailing address | | $ Unknown |

**Kapitus**
120 W 45th Street
New York, NY 11036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

| 3. 25 | Nonpriority creditor's name and mailing address | | $ Unknown |

**LA Hearne**
512 Metz Road
King City, CA 93930

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

| 3. 26 | Nonpriority creditor's name and mailing address | | $ Undetermined |

**Linde Gas**
Dept LA 21511
West Hills, CA 91307

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____

Last 4 digits of account number          _____

---

Debtor ___Special Effects Unlimited, Inc._____ Case number _(if known)_____
     Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                     Amount of claim

**3.27** Nonpriority creditor's name and mailing address

Norman Fox
PO Box 60049
Los Angeles, CA 90060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,300.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Pam Elliott
10326 Johanna Avenue
Shadow Hills, CA 91040

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Loan Repayments

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711-1210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Questar Solutions
PO Box 7410185
Chicago, IL 60674-0185

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Rhino Container A Novvia Group Co
13950 Ramona Avenue
Chino, CA 91710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Special Effects Unlimited, Inc.
          Name                                                          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32 Nonpriority creditor's name and mailing address**

Security Alarm Specialists
135 Bell Canyon Road
West Hills, CA 91307

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

$ Unknown

---

**3.33 Nonpriority creditor's name and mailing address**

SOS Filmworks
34855 Petersen Road
Santa Clarita, CA 91390

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

$ Unknown

---

**3.34 Nonpriority creditor's name and mailing address**

State of California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Income Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

$ Unknown

---

**3.35 Nonpriority creditor's name and mailing address**

Ultratech FX
148 Moon Drive
Owens Cross Roads, AL 35763

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

$ 2,600.00

---

**3.36 Nonpriority creditor's name and mailing address**

Unisource Textiles
17009 Green Drive
Unit B
Hacienda Heights, CA 91745

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred          _____
Last 4 digits of account number          _____

$ Unknown

---

Debtor   Special Effects Unlimited, Inc.
         Name                                                    Case number (if known)

## Part 2:   Additional Page

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.37  Nonpriority creditor's name and mailing address**

US Small Business Administration
PO Box 3918
Portland, OR 97208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 150,000.00

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.38  Nonpriority creditor's name and mailing address**

Yegnukian Real Estate
3800 Malcolm X Blvd
Suite 6F
New York, NY 10027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Landlord

$ 56,000.00

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.___  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  _____

---

**3.___  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  _____

---

**3.___  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  _____

---

Debtor __Special Effects Unlimited, Inc._____    Case number (if known)_____
            Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | BRIANNA ELMSSSIAN 700 North Brand Blvd. Suite 330 Glendale, CA, 91203 | Line 3.2 ☐ Not listed. Explain: | 1866 |
| 4.2. | | Line ____ ☐ Not listed. Explain | |
| 4.3. | | Line ____ ☐ Not listed. Explain | |
| 4.4. | | Line ____ ☐ Not listed. Explain | |
| 41. | | Line ____ ☐ Not listed. Explain | |
| 4.5. | | Line ____ ☐ Not listed. Explain | |
| 4.6. | | Line ____ ☐ Not listed. Explain | |
| 4.7. | | Line ____ ☐ Not listed. Explain | |
| 4.8. | | Line ____ ☐ Not listed. Explain | |
| 4.9. | | Line ____ ☐ Not listed. Explain | |
| 4.10. | | Line ____ ☐ Not listed. Explain | |
| 4.11. | | Line ____ ☐ Not listed. Explain | |

Debtor   Special Effects Unlimited, Inc.
         Name                                                    Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
|----------------------------------|-----|--------|
| 5b. **Total claims from Part 2** | 5b. + | $ 773,924.14 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 773,924.14 |

**Fill in this information to identify the case:**

Debtor name ___Special Effects Unlimited, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (if known): _____     Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Commercial Lease For 8942 Lankershim Blvd., Sun Valley, CA 91352<br>Lease<br>19 months | Yegnukian Real Estate<br>380 Malcom X Blvd<br>6F<br>New York, NY, 10027 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __Special Effects Unlimited, Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1** | | | ☐ D  ☐ E/F  ☐ G |
| **2.2** | | | ☐ D  ☐ E/F  ☐ G |
| **2.3** | | | ☐ D  ☐ E/F  ☐ G |
| **2.4** | | | ☐ D  ☐ E/F  ☐ G |
| **2.5** | | | ☐ D  ☐ E/F  ☐ G |
| **2.6** | | | ☐ D  ☐ E/F  ☐ G |

Fill in this information to identify the case and this filing:

Debtor Name _____

United States Bankruptcy Court for the: Central District      District of California
                                                                                      [State]

Case number (if known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑ *Schedule H: Codebtors (Official Form 206H)*

☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _01/05/2025_        x _____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        Pamela Kay Elliott
                                        Printed name

                                        President
                                        Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    Special Effects Unlimited, Inc.

United States Bankruptcy Court for the:  Central District of California

Case number (If known):  _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (If known).

## Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2025 <br> MM / DD / YYYY | to    Filing date | ☑ Operating a business <br> ☐ Other | $ 0.00 |
| For prior year: | From 01/01/2024 <br> MM / DD / YYYY | to 12/31/2024 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $ 712,257.36 |
| For the year before that: | From 01/01/2023 <br> MM / DD / YYYY | to 12/31/2023 <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other | $ 808,563.92 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ <br> MM / DD / YYYY | to    Filing date | _____ | $_____ |
| For prior year: | From _____ <br> MM / DD / YYYY | to _____ <br> MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____ <br> MM / DD / YYYY | to _____ <br> MM / DD / YYYY | _____ | $_____ |

Debtor    Special Effects Unlimited, Inc.                                    Case number *(if known)*_____
        **Name**

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name | | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. _____ <br> Creditor's name | | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Insider's name <br><br> _____ <br> _____ <br><br> **Relationship to debtor** <br> _____ | _____ | $_____ | |
| 4.2. _____ <br> Insider's name <br><br> _____ <br> _____ <br><br> **Relationship to debtor** <br> _____ | _____ | $_____ | |

---

Debtor  Special Effects Unlimited, Inc.

_____
Name

Case number (if known) _____

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | American Express vs. Special Effects Unlimited | Civil Collectons | Superior Court of California, County of LA | ☑ Pending  ☐ On appeal  ☐ Concluded |
| | Case number | | | |
| | 23BBCV01866 | | 150 West Commonwealth Alhambra, CA 91801 | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending  ☐ On appeal  ☐ Concluded |
| | Case number | | | |

Debtor    Special Effects Unlimited, Inc.                   Case number *(if known)*_____
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| | | Name |
| | Case number | |
| | Date of order or assignment | |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| | | | $ |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| | | | $ |
| Recipient's relationship to debtor | | | |

---

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | $ |

| Debtor | Special Effects Unlimited, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Goldbach Law Group | Check | 12/2024 | $ 13,262 |
| | **Address** | | | |
| | 111 West Ocean Boulevard<br>Suite 400<br>Long Beach, CA 90802 | | | |
| | **Email or website address**<br>marc.goldbach@goldbachlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

---

Debtor    Special Effects Unlimited, Inc.
          _____          Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1.** _____ | | _____ | $_____ |
| Address | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |
| Who received transfer? | | _____ | $_____ |
| **13.2.** _____ | | | |
| Address | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| **14.1.** | From _____ To _____ |
| **14.2.** | From _____ To _____ |

---

| Debtor | Special Effects Unlimited, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____ <br> Facility name | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| **15.2.** _____ <br> Facility name | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor   Special Effects Unlimited, Inc.                                     Case number *(if known)*_____
_____
Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.1. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| _____ <br> Name <br><br> _____ <br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| _____ <br> Name <br><br> _____ <br> Address | | | ☐ No <br> ☐ Yes |

| Debtor | Special Effects Unlimited, Inc. | | Case number (*if known*)_____ |
|---|---|---|---|
| | Name | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ **None**

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ **No**
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ **No**
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor   Special Effects Unlimited, Inc.                                    Case number (if known)_____
         Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>Dates business existed<br><br>From _____ To _____ |
| 25.2. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>Dates business existed<br><br>From _____ To _____ |
| 25.3. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: _____<br>Dates business existed<br><br>From _____ To _____ |

---

Debtor ___Special Effects Unlimited, Inc._____     Case number *(if known)*_____
         Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. _____ | | From _____ |
| Name | | To _____ |

| Name and address | | Dates of service |
|---|---|---|
| 26a.2. _____ | | From _____ |
| Name | | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26b.1. _____ | | From _____ |
| Name | | To _____ |

| Name and address | | Dates of service |
|---|---|---|
| 26b.2. _____ | | From _____ |
| Name | | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ | |
| Name | |

Debtor    Special Effects Unlimited, Inc.
          _____          Case number (*if known*) _____
          Name

| | Name and address | | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|---|
| 26c.2. | _____ | | | | |
| | Name | | | | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address | | | |
|---|---|---|---|---|
| 26d.1. | _____ | | | |
| | Name | | | |

| | Name and address | | |
|---|---|---|---|
| 26d.2. | _____ | | |
| | Name | | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each Inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of Inventory records** | | |
| 27.1. _____ | | |
| Name | | |

Debtor   Special Effects Unlimited, Inc.                                    Case number (if known)_____
         _____
         Name

| Name of the person who supervised the taking of the inventory | | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $_____ |
| Name and address of the person who has possession of inventory records | | | |
| 27.2. _____ | | | |
| Name | | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pamela Kay Elliott | 10326 Johanna Avenue, Sunland, CA 91040 | President and Majority Shareholder | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |

| Debtor | Special Effects Unlimited, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Name and address of recipient**

30.2 _____
Name

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/03/2025
               MM / DD / YYYY

✖ _____          Printed name  Pamela Kay Elliott
Signature of Individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Debtor   Special Effects Unlimited, Inc.                                   Case number (if known) _____
         Name

| Name and address of recipient | | |
|---|---|---|

30.2

Name _____                                         _____

Street _____                                       _____

City _____ State _____ ZIP Code                                _____

Relationship to debtor _____                                       _____

_____

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| | EIN: ___ – _____ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| | EIN: ___ – _____ |

**Part 14:  Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/05/2025
              MM / DD / YYYY

x _Pam Elliott_                                    Printed name  Pamela Kay Elliott
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Central District of California

**In re**    Special Effects Unlimited, Inc.

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $____13,262.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $____13262.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $____0.00

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/05/2025 | /s/ Marc Aaron Goldbach |
|---|---|
| *Date* | *Signature of Attorney* |
| | Goldbach Law Group |
| | *Name of law firm* |

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address
Marc Aaron Goldbach (SBN 139318)
Goldbach Law Group
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
562-696-0582
888-771-5425
marc.goldbach@goldbachlaw.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION** ☑

In re:

Special Effects Unlimited, Inc.

CASE NO.:

CHAPTER: 11

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  01/05/2025

Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date:  01/05/2025

/s/ Marc Aaron Goldbach

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Ally Servicing LLC
PO Box 380901
Minneapolis, MN 55438


American Express
730 Peachtree Street N
Suite 1100
Atlanta, GA 30308


American Express
730 Peachtree Street NE
Suite 1100
Atlanta, GA 30308


Arctic Glacier
1654 Mathaler Lane
Saint Paul, MN 55116


Benuck and Rainey Inc
25 Concord Road
Lee, NH 03861


Blair Adhesives
11034 Lockport Place
Santa Fe Springs, CA 90670


Brenntag Pacific
10747 Patterson Place
Santa Fe Springs, CA 90760


BRIANNA ELMSSSIAN
700 North Brand Blvd.
Suite 330
Glendale, CA 91203

California Dept of Tax and Fee Administration
455 Market Street
Suite 620
San Francisco, CA 94105


CFG Merchant Solution
180 Maiden Lane
New York, NJ 10004


City of Culver City
8839 N Cedar Ave
Fresno, CA 93720


City of Los Angeles Fire Dept CUPA
PO Box 102661
Pasadena, CA 91189-2661


Cloudfund
187 Wolf Road
Suite 101
Brooklyn, NY 11205


Corporate Turnaround
95 State RTE 17
Paramus, NJ 07652


Decorators Express
2055 Randolph Street
Huntington Park, CA 90255


Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808

Everest Business Funding
8200 NW 52nd Terrace
Miami, FL 33186


Federal Express
PO Box 7221
Pasadena, CA 91109


FedEx Freight
PO Box 21415
Pasadena, CA 91185


Forward Financing
53 State Street
20th Floor
Boston, MA 02109


Free and Cleared Graphics
1554 Mount Bethel Road
Mcdonough, GA 30252


Green Set Inc
11617 Dehougne Street
North Hollywood, CA 91605


Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280


International Cellulose
12315 Robin Blvd
Houston, TX 77045

Kalamata Capital
80 Broad Street
Suite 1201
New York, NY 10004


Kapitus
120 W 45th Street
New York, NY 11036


LA Hearne
512 Metz Road
King City, CA 93930


Linde Gas
Dept LA 21511
West Hills, CA 91307


Norman Fox
PO Box 60049
Los Angeles, CA 90060


Pam Elliott
10326 Johanna Avenue
Shadow Hills, CA 91040


Prudential Overall Supply
PO Box 11210
Santa Ana, CA 92711-1210


Questar Solutions
PO Box 7410185
Chicago, IL 60674-0185

Rhino Container A Novvia Group Co
13950 Ramona Avenue
Chino, CA 91710


Security Alarm Specialists
135 Bell Canyon Road
West Hills, CA 91307


SOS Filmworks
34855 Petersen Road
Santa Clarita, CA 91390


State of California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511


Ultratech FX
148 Moon Drive
Owens Cross Roads, AL 35763


Unisource Textiles
17009 Green Drive
Unit B
Hacienda Heights, CA 91745


US Small Business Administration
PO Box 3918
Portland, OR 97208


Yegnukian Real Estate
3800 Malcolm X Blvd
Suite 6F
New York, NY 10027

Attorney or Party Name, Address, Telephone and FAX

Marc Aaron Goldbach
Goldbach Law Group
111 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
562-696-0582/888-771-5425

☐ Pro Se Debtor

| OFFICE OF THE UNITED STATES TRUSTEE<br>LOS ANGELES DIVISION | SUBMIT TO UNITED STATES<br>TRUSTEE - Do not file with the Court |
|---|---|
| In Re: **Special Effects Ulimited, Inc.** | Case Number:<br><br>**Attorney's 7 Day Package Checklist**<br><br>☐ Check this box to indicate that this checklist amends or supplements a previously filed checklist<br>Debtor-In-Possession    Amendment No. _____ |

**You must attach each of the following documents or a satisfactory explanation of your failure to attach a document. Failure to submit these documents in a timely fashion may result in a motion to convert or dismiss the case. The submission of documents that are incomplete or not prepared in accordance with UTSP guidelines and requirements will be treated as a failure to submit.**

| Document Attached | Previously Submitted | Explanation Attached | REQUIRED DOCUMENTS |
|---|---|---|---|
| X | | | 1.   Declaration of Debtor Regarding Compliance with UST Guidelines and Requirements for Chapter 11 Debtors in Possession |
| X | | | 1.1.   Real Property |
| X | | | 1.2.   Bank Account Information |
| X | | | 1.3.   Insurance Coverage |
| X | | | 1.4.   Proof of Required Certificates and Licenses |
| X | | | 1.5.   List of Insiders |
| | | N/A | 1.6.   Financial Statements |
| | | N/A | 1.7.   Health Care Business |
| | | N/A | 1.8.   Trust Agreements |
| X | | | 1.9.   Recordation of Chapter 11 Petition |
| X | | | 1.10.   Federal and State Tax Returns |
| | | N/A | 1.11.   Employee Benefit Plans |
| X | | | 2.   Projected cash flow statement for the first ninety (90) days from the initial filing date |
| X | | | 3.   Statement of Major Issues and Timetable Report |

☑ I have read and understood the Guidelines and Requirements for Chapter 11 Debtors In Possession.

Dated: 01/05/2025      **GOLDBACH LAW GROUP**

                      Law Firm Name

By: **/s/ Marc Aaron Goldbach**

             Attorney for Debtor or Debtor In Pro Per

Dated: 01/05/2025      I HEREBY APPROVE THE ATTACHED

                      Signature of Debtor

**(Image of Original Signatures Required)**

*Revised September 1, 2011*             USTLA-4